UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| WESLEY McGUIRE, ) | |
| KIMBERLY McGUIRE, ) | Case No.: 19-11993 TBM |
| ) | Chapter 7 |
| Debtor. ) | |

**RESPONSE TO MOTION FOR APPOINTMENT OF
REALTOR, KELLER WILLIAMS PARTNERS REALTY, & FOR APPOINTMENT
OF BK GLOBAL REAL ESTATE**

  **COME NOW the** Debtors through counsel and in response to the trustee's motions state as follows:

1. The Debtors agree in principle that the trustee has an interest in the property known as 12635 Halleluiah Trail, Elbert, CO 80106. The debtors acknowledge that this property is property of the estate pursuant to 11 USC § 541.

2. The debtors acknowledge that Keller Williams Partners Realty is an experienced realtor with experience selling properties in the area of El Paso County, Colorado.

3. The debtors object to the allegation that the debtors have failed to claim a homestead exemption. The debtors filed this case on March 19, 2019. At that time they filed schedules which included a Schedule C. On that Schedule C the debtors claimed a homestead exemption in the property in question of $75,000 pursuant to CRS §§ 38-41-201 & 38-41-202. Accordingly, before the property can be sold the trustee must receive a price sufficient to warrant going forward with the sale. Please see a copy of the debtors' Schedule C here attached as **Exhibit A**.

4. Prior to the filing of this case, the debtors obtained from a local realtor a Certified Market Analysis. That document suggests that the property in question, because of its age and condition, will bring a sale price of $353,000.

5. According to the debtors' Schedule D, there was owed to Freedom Mortgage, at the time of filing, the holder of the first mortgage, a balance of $295,994. Accordingly, the debtors do not expect that appointment of a realtor will benefit the estate. Please see the chart set forth below:

| Item | Value of Home or Amount of Lien | After Deduction of Lien |
|---|---|---|

| Residence | $353,000 per Schedule A and per attached **Exhibit B** | $353,000 |
|---|---|---|
| Freedom Mortgage | 1st Mortgage of $295,994.00 per the debtors' Schedule D | $57,006.00 |
| Equity After Deduction of Homestead Exemption | Less applicable Homestead Exemption of $75,000.00 | (17,994.00) |
| Deduction for realtor fees | Less realtor fees of 6% according to the motion filed or $21,180 | (39,174.00) |

6. The trustee has also requested the appointment of BK Global Real Estate to attempt to negotiate a release of the mortgage at a rate below the amount which is owed. The trustee has admitted in his pleading that the above described mortgage is fully secured by the value of the property in question. The trustee has not explained why the mortgage company should compromise its claim or what circumstances exist which warrant such a disposition.

7. Further, given the nature of the engagement of BK Global Real Estate, counsel for the holder of the first mortgage must also receive notice of the motion. Counsel for the debtors has reviewed the Certificate of Service and it does not appear that this necessary party has received proper notice of the motion. Accordingly, the motion must be denied as it relates to BK Global Real Estate.

8. Further, although the motions in general are academically interesting, they do not appear to be realistic or feasible given the value of the property. Accordingly, the debtors request that both motions be denied.

Respectfully submitted this 25th day of June, 2019.

Law Office of Stephen H. Swift, P.C.

__/s/ Stephen H. Swift_____
Stephen H. Swift, #14766
Attorney for Debtors/ Respondents
733 East Costilla Street, Suites A and B
Colorado Springs, CO 80903
(719) 520-0164
(719) 520-0248 fax

CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed postage prepaid by placing the same in the U.S. Mails addressed to the following at their respective addresses on the

25th day of June, 2019:

| VIA EMAIL TO:<br><br>todaymattersmac@gmail.com<br><br>Wesley J. McGuire<br>Kimberly J McGuire<br>12635 Halleluiah Trail<br>Elbert CO 80106 | VIA ECF TO:<br><br>Kevin P. Kubie, Esq.<br>Chapter 7 Trustee<br>PO Box 8928<br>Pueblo, CO 81008 |
|---|---|
| VIA ECF TO:<br><br>Office of the US Trustee<br>1961 Stout Street<br>Suite 12-200<br>Denver, CO 80294 | EFILED:<br><br>Clerk, US Bankruptcy Court |

/s/ Stephen H. Swift